UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| **ANGELA MELANCON** | **CASE NO. 6:21-CV-03752** |
| **VERSUS** | **JUDGE ROBERT R. SUMMERHAYS** |
| **LAFAYETTE GENERAL MEDICAL CENTER, INC.** | **MAGISTRATE JUDGE WHITEHURST** |

### JUDGMENT

This matter was referred to United States Magistrate Judge Carol B. Whitehurst for report and recommendation. After an independent review of the record, and after consideration of objections filed, this Court concludes that the Magistrate Judge's report and recommendation is correct and adopts the findings and conclusions therein as its own. Accordingly,

**IT IS ORDERED, ADJUDGED, AND DECREED** that, consistent with the report and recommendation, Lafayette General Medical Center, Inc.'s Rule 12(b)(6) Motion to Dismiss (Rec. Doc. 17) is GRANTED and Plaintiff's claims are hereby DISMISSED.

Signed at Lafayette, Louisiana, this 3rd day of October, 2022.

ROBERT R. SUMMERHAYS
UNITED STATES DISTRICT JUDGE